

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIVED AND RETURN

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 07cv01323 (RMC) |
| DEFENDANT: All Property in E-Gold Account Number 1787970 | TYPE OF PROCESS: Verified Complaint for Forfeiture in Rem |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code): $137,219.65 in U.S. Currency

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
Laurel Loomis Rimon
Assistant United States Attorneys
555 4th Street, NW, Room 4824
Washington, DC  20530

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 1
NUMBER OF PARTIES TO BE SERVED IN THIS CASE: 1
CHECK BOX IF SERVICE IS ON USA: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency Case No. 327-774-8703-S
IRS Agency Case No. 590630075

Signature of Attorney or other Originator requesting service on behalf of: (X) Plaintiff  ( ) Defendant
William R. Cowden    TELEPHONE NO. (202) 307-0258    DATE 8/23/2007

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: [signature] 8/30/07

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. ___   District to Serve No. ___
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: [signature] SIA AFC IRS-CI
DATE: 8-31-07

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.
( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE: 8-31-07
TIME OF SERVICE: 11:59 (X) AM ( ) PM
SIGNATURE, TITLE AND TREASURY AGENCY: [signature] SIA AFC IRS-CI

REMARKS: Defendant property seized pursuant to a warrant of arrest in rem. It is in the possession of the Treasury executive office for Asset Forfeiture (TEOAF) in Washington, DC.

TD F 90-22.48 (6/96)